IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DENNIS BREWER; MICHAEL JILES;
JEFFERY CARTER; and CHRIS JACKSON,
all suing individually and as representatives of
others similarly situated in employment with
City of West Memphis, Arkansas                                    PLAINTIFFS

v.                            No. 3:12-cv-28-DPM

WAYNE GATELY, individually and in his official
capacity as Chief of West Memphis Fire Department;
WILLIAM JOHNSON, individually and in his official
capacity as Mayor of West Memphis, Arkansas; and
CITY OF WEST MEMPHIS, ARKANSAS                              DEFENDANTS

ORDER

The Court will hold a status conference at 3:00 p.m. on Tuesday, 31 July 2012, in courtroom 155B of the Richard S. Arnold U.S. Courthouse in Little Rock, Arkansas. The Court orders Plaintiffs' counsel, Addie Burks, to appear and show cause on two issues. First, the Rules require that the Court "shall" dismiss this case, unless good cause is shown for the failure to make timely service. FED. R. CIV. P. 4(m). Second, given the earlier correspondence received, *Document Nos. 3, 4, 5 & 6–1*, and counsel's lack of response to the

Court's June Order, *Document No. 6*, the Court is concerned that counsel may not be discharging her professional obligations. Burks should therefore also come prepared to show that she is, and has been, doing so. If this showing is not made, the Court will consider a reference to the appropriate committees.

The Court directs the Clerk to send a copy of this Order to the named plaintiffs (Dennis Brewer, Michael Jiles, Jeffery Carter, and Chris Jackson) and the interested non-party (Joyce Lewis) who wrote the Court.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

13 July 2012