IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| DENNIS BREWER; MICHAEL JILES; JEFFERY CARTER; and CHRIS JACKSON, all suing individually and as representatives of others similarly situated in employment with City of West Memphis, Arkansas | | PLAINTIFFS |
| v. | No. 3:12-cv-28-DPM | |
| WAYNE GATELY, individually and in his official capacity as Chief of West Memphis Fire Department; WILLIAM JOHNSON, individually and in his official capacity as Mayor of West Memphis, Arkansas; and CITY OF WEST MEMPHIS, ARKANSAS | | DEFENDANTS |

## JUDGMENT

The complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2012